UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |
|---|---|---|

| | |
|---|---|
| JAMES P. MULLIGAN,<br>          Plaintiff | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES** |
| V. | |
| COMMISSIONER of SOCIAL SECURITY,<br>          Defendant | CASE NUMBER:     1:14-CV-01023-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

✘ GRANTED.

  ✘ The clerk is directed to file the complaint.

  ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this     30th     day of     June     ,     2014     .

                                        /s/ Barbara A. McAuliffe
                                        Signature of Judicial Officer

                                        BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                                        Name and Title of Judicial Officer