Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  JAMES P. MULLIGAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. MULLIGAN, | Case No.:  1:14-CV-01023-BAM |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCALUIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff James P. Mulligan ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to March 18, 2015; and that Defendant shall have until April 17, 2015, to file her opposition.  Any reply by plaintiff will be due May 1, 2015.  An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this

matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: February 23, 2015            Respectfully submitted,

                                         LAW OFFICES OF LAWRENCE D. ROHLFING

                                         /s/ Steven G. Rosales
                                         BY: _____
                                         Steven G. Rosales
                                         Attorney for plaintiff JAMES P. MULLIGAN

DATED:  February 23, 2015   BENJAMIN WAGNER
                                         United States Attorney

                                         BY: __/s/  Patrick Snyder_____
                                         PATRICK SNYDER
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant

OF COUNSEL:DONNA L. CALVERT

Regional Chief Counsel
DONNA WADE ANDERSON
Senior Attorney
United States Social Security Administration

## **ORDER**

     IT IS HEREBY ORDERED that Plaintiff may have an extension of time, to and including March 18, 2015, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to April 17, 2015 to file her opposition, if any is forthcoming. Any reply by plaintiff will be due May 1, 2015.

IT IS SO ORDERED.

     Dated:   **March 2, 2015**            ____/s/ Barbara A. McAuliffe____
                                                           UNITED STATES MAGISTRATE JUDGE