BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JAMES P. MULLIGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-1023-BAM<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for Defendant to file her responsive pleading Plaintiff's Opening Brief be extended to June 5, 2015.

    This is Defendant's second request for an extension of time to file her responsive pleading to Plaintiff's Opening Brief. Defendant requests additional time due workload and multiple deadlines. Plaintiff's counsel does not oppose the additional time, and agrees that all

subsequent deadlines in the scheduling order should be extended accordingly.

Respectfully submitted,

Dated:  May 21, 2015    BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/  Donna W. Anderson
DONNA W. ANDERSON
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: May 21, 2015    Law Offices of LAWRENCE D. ROHLFING

By:    /s/    Steve. G. Rosales*
STEVEN G. ROSALES
Attorney for Plaintiff James P. Mulligan
*(\*By email authorization on 5/21/15)*

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, up to and including June 5, 2015, in which to file a response to Plaintiff's opening brief.  All other deadlines set forth in the July 1, 2014 Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **May 22, 2015**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE